AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No. |
| *Defendant(s)* | ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____       _____
                                    *Signature of Clerk or Deputy Clerk*

# FULL LIST OF PLAINTIFFS

NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD, *on behalf of its members*,
2201 Wisconsin Ave NW, Suite 200
Washington, D.C. 20007;

AMERICAN IMMIGRATION LAWYERS ASSOCIATION, *on behalf of its members*,
1331 G Street, NW, Suite 300
Washington, D.C. 20005-3142;

IMMIGRATION JUSTICE CAMPAIGN, *on behalf of its members*,
1331 G Street, NW, Suite 200
Washington, D.C. 20005-3142;

ENRIQUE NAPOLES VAILLANT,
La Palma Correctional Center
5501 N. La Palma Road
Eloy, AZ 85131;

ERNESTO RODRIGUEZ CEDENO,
La Palma Correctional Center
5501 N. La Palma Road
Eloy, AZ 85131;

ARLETY ALIAGA-COBAS,
Eloy Detention Center
1705 E Hanna Rd
Eloy, AZ 85131;

REYNALDO GUERRERO-CORNEJO
La Palma Correctional Center
5501 N. La Palma Road
Eloy, AZ 85131;

ROBERTO FAUSTO VELASQUEZ QUIALA
Pine Prairie ICE Processing Center
1133 Hampton Dupre Road
Pine Prairie, LA 70576;

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

## FULL LIST OF PLAINTIFFS

NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD, *on behalf of its members*,
2201 Wisconsin Ave NW, Suite 200
Washington, D.C. 20007;

AMERICAN IMMIGRATION LAWYERS ASSOCIATION, *on behalf of its members*,
1331 G Street, NW, Suite 300
Washington, D.C. 20005-3142;

IMMIGRATION JUSTICE CAMPAIGN, *on behalf of its members*,
1331 G Street, NW, Suite 200
Washington, D.C. 20005-3142;

ENRIQUE NAPOLES VAILLANT,
La Palma Correctional Center
5501 N. La Palma Road
Eloy, AZ 85131;

ERNESTO RODRIGUEZ CEDENO,
La Palma Correctional Center
5501 N. La Palma Road
Eloy, AZ 85131;

ARLETY ALIAGA-COBAS,
Eloy Detention Center
1705 E Hanna Rd
Eloy, AZ 85131;

REYNALDO GUERRERO-CORNEJO
La Palma Correctional Center
5501 N. La Palma Road
Eloy, AZ 85131;

ROBERTO FAUSTO VELASQUEZ QUIALA
Pine Prairie ICE Processing Center
1133 Hampton Dupre Road
Pine Prairie, LA 70576;

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | |
|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____                                          _____
                                                          *Signature of Clerk or Deputy Clerk*

## FULL LIST OF PLAINTIFFS

NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD, *on behalf of its members,*
2201 Wisconsin Ave NW, Suite 200
Washington, D.C. 20007;

AMERICAN IMMIGRATION LAWYERS ASSOCIATION, *on behalf of its members,*
1331 G Street, NW, Suite 300
Washington, D.C. 20005-3142;

IMMIGRATION JUSTICE CAMPAIGN, *on behalf of its members,*
1331 G Street, NW, Suite 200
Washington, D.C. 20005-3142;

ENRIQUE NAPOLES VAILLANT,
La Palma Correctional Center
5501 N. La Palma Road
Eloy, AZ 85131;

ERNESTO RODRIGUEZ CEDENO,
La Palma Correctional Center
5501 N. La Palma Road
Eloy, AZ 85131;

ARLETY ALIAGA-COBAS,
Eloy Detention Center
1705 E Hanna Rd
Eloy, AZ 85131;

REYNALDO GUERRERO-CORNEJO
La Palma Correctional Center
5501 N. La Palma Road
Eloy, AZ 85131;

ROBERTO FAUSTO VELASQUEZ QUIALA
Pine Prairie ICE Processing Center
1133 Hampton Dupre Road
Pine Prairie, LA 70576;