# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD, *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>EXECUTIVE OFFICE OF IMMIGRATION REVIEW, *et al.*,<br><br>Defendants. | Civil Action No. 1:20-cv-00852 (CJN) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs National Immigration Project of the National Lawyers Guild, American Immigration Lawyers Association, Immigration Justice Campaign, Enrique Napoles Vaillant, Ernesto Rodriguez Cedeno, Arlety Aliaga-Cobas, Reynaldo Guerrero-Cornejo, and Roberto Fausto Velasquez Quiala, hereby voluntarily dismiss this action without prejudice.

Dated:  June 2, 2020
　　　　Washington, D.C.

Respectfully submitted,

*/s/ Sirine Shebaya*
Sirine Shebaya (D.C. Bar No. 1019748)
Khaled Alrabe (pro hac vice)
Amber Qureshi (pro hac vice)
Cristina Velez (pro hac vice)
NATIONAL IMMIGRATION PROJECT OF
THE NATIONAL LAWYERS GUILD
2201 Wisconsin Ave NW, Suite 200
Washington, DC 20007
(202) 656-4788
sirine@nipnlg.org
khaled@nipnlg.org
amber@nipnlg.org
cristina@nipnlg.org

*/s/ Matthew D. Slater*
Matthew D. Slater (D.C. Bar No. 386986)
Elsbeth Bennett (D.C. Bar No. 1021393)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, N.W.
Washington, D.C.  20037-3229
T: 202-974-1500
F: 202-974-1999
mslater@cgsh.com
ebennett@cgsh.com

Jennifer Kennedy Park (pro hac vice)
Lina Bensman (pro hac vice)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
T: 212-225-2000
F: 212-225-3999
jkpark@cgsh.com
lbensman@cgsh.com

*Attorneys for Plaintiffs*